

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

United Sates of America

        Plaintiff(s),

v.

James R. Wahl

        Defendant(s).

Case No.  Cr. S-09-0040 LKK

I, Charles W. Blau, attorney for James R. Wahl, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Meadows, Collier, Reed, Cousins & Blau, LLP |
| Address: | 901 Main Street, Suite 3700 |
| City: | Dallas |
| State: | Texas     ZIP Code: 75202 |
| Voice Phone: | (214) 744-3700 |
| FAX Phone: | (214) 747-3732 |
| Internet E-mail: | cblau@meadowscollier.com |
| Additional E-mail: | |
| I reside in City: | Dallas     State: Texas |

I was admitted to practice in the Northern District of Texas on August 18, 1988.  I am presently in good standing and eligible to practice in said court.  I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           Lisa A. Davis

Firm Name:      Wilson, Sonsini, Goodrich & Rosati

Address:        650 Page Mill Road

City:           Palo Alto

State:          California      ZIP Code: 94304

Voice Phone:    (650) 320-4526

FAX Phone:      (650) 493-6811

E-mail:         LDavis@wsgr.com

Dated: January 28,2009          Petitioner: /s/  Charles W. Blau
                                            Charles W. Blau

**ORDER**

IT IS SO ORDERED.

Dated: February 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT