

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

United Sates of America

                Plaintiff(s),

                                          Case No.  Cr. S-09-0040 LKK

v.

James R. Wahl

                Defendant(s).

I, <u>Sarah Q. Wirskye</u>, attorney for <u>James R. Wahl</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | <u>Meadows, Collier, Reed, Cousins & Blau, LLP</u> |
| Address: | <u>901 Main Street, Suite 3700</u> |
| City: | <u>Dallas</u> |
| State: | <u>Texas</u>   ZIP Code: <u>75202</u> |
| Voice Phone: | <u> (214) 744-3700</u> |
| FAX Phone: | <u> (214) 747-3732</u> |
| Internet E-mail: | <u>swirskye@meadowscollier.com</u> |
| Additional E-mail: | |
| I reside in City: | <u>Dallas</u>   State:  <u>Texas</u> |

I was admitted to practice in the <u>Northern District of Texas</u> on <u>February 4, 1999</u>.  I am presently in good standing and eligible to practice in said court.  I am not currently suspended or disbarred in any other court.

I <u>have not</u> concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Lisa A. Davis</u>

Firm Name: <u>Wilson, Sonsini, Goodrich & Rosati</u>

Address: <u>650 Page Mill Road</u>

City: <u>Palo Alto</u>

State: <u>California</u>   ZIP Code: <u>94304</u>

Voice Phone: <u>(650) 320-4526</u>

FAX Phone: <u>(650) 493-6811</u>

E-mail: <u>LDavis@wsgr.com</u>

Dated: <u>January 28, 2009</u>   Petitioner: <u>/s/   Sarah Q. Wirskye</u>
                                            Sarah Q. Wirskye

**ORDER**

IT IS SO ORDERED.

Dated: February 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT