UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-08-566 LKK

RANDALL LEE RAHAL,

    Defendant.
                               /

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-09-035 LKK

ROBERT WATSON,

    Defendant.
                               /

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                         CR. NO. S-09-040 LKK

JAMES RICHARD WAHL, JR.,

    Defendant.
                               /

////

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR. NO. S-09-062 LKK |
| JENNIFER LOU DAHLMAN, | |
| Defendant. | <u>NON-RELATED CASE ORDER</u> |

    The court is in receipt of the notice of related cases filed on February 18, 2009, in which a defendant in <u>Four In One Company, Inc. v. SK Foods, et al.</u>, Case No. 2:08-cv-3017-MCE-EFB, states that the above-captioned cases are related to Case No. 08-cv-03017-MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH, and Case No. 09-cv-00240. After review of the cases, the court concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

    IT IS SO ORDERED.

    DATED: February 23, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT