Robert D. Wilkinson    #100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant JAMES RICHARD WAHL, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00040 LKK |
| Plaintiff, ) | ORDER RE: SUBSTITUTION OF ATTORNEY |
| v. ) | (Local Rule 83-182(g)) |
| JAMES RICHARD WAHL, JR., et al. ) | |
| Defendants. ) | |

   Defendant JAMES RICHARD WAHL, JR. hereby substitutes Robert D. Wilkinson, whose address is 5260 North Palm Avenue, Suite 421, Fresno, California 93704, (559) 432-5400 (telephone), (559) 432-5620 (facsimile), as attorney of record in the place and stead of Charles W. Blau and Sarah Q. Wirskye of Meadows, Collier, Reed, Cousins & Blau.

DATED: May 13, 2009.       /s/ James Richard Wahl, Jr.
                    James Richard Wahl, Jr.

   I consent to the above substitution.

DATED: May 20, 2009.       By /s/ Charles W. Blau
                    Charles W. Blau on his own behalf and on
                    behalf of Sarah Q. Wirskye and Meadows,
                    Collier, Reed, Cousins & Blau

I consent to the above substitution.

DATED: May 20, 2009.  By  Robert D. Wilkinson
Robert D. Wilkinson

IT IS SO ORDERED.

DATED: May 26, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

G:\DOCS\KAR\DKAR7\Criminal Documents\Orders\2009\09cr040.o.0526.1.wpd