UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED

OCT 29 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

          RE:    James Richard WAHL, Jr.
                 Docket Number:  2:09CR00040-01
                 <u>**REQUEST TO VACATE JUDGMENT AND**</u>
                 <u>**SENTENCE DATE/SCHEDULE STATUS DATE**</u>

Your Honor:

Defendant James Richard Wahl, Jr., is scheduled for Judgment and Sentencing on November 30, 2010. However, both counsel have indicated defendant Wahl's case will not proceed to sentencing until the related case of defendant Frederick Scott Salyer (2:10CR00061-01) has been resolved. This matter has yet to be set for trial and is pending further status on November 19, 2010.

Per agreement with the government and defendant's counsel, it is respectfully requested the Judgment and Sentencing date in this matter be vacated, and a status date scheduled for April 26, 2011. At that time, the matter can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the presentence report.

                                Respectfully submitted,

                                /s/ Linda O. Dillon
                                LINDA O. DILLON
                                **United States Probation Officer**

**REVIEWED BY:**    /s/ Jeffrey C. Oestreicher
                            JEFFREY C. OESTREICHER
                            **Supervising United States Probation Officer**

RE: James Richard WAHL, Jr.
Docket Number: 2:09CR00040-01
**REQUEST TO VACATE JUDGMENT AND
SENTENCE DATE/SCHEDULE STATUS DATE**

Dated: October 26, 2010
Sacramento, California
LOD/sca

Attachment(s)

cc: Matthew Dean Segal
Assistant United States Attorney

Robert Donald Wilkinson
Defense Counsel

AGREE: ✓                              DISAGREE: _____

_____            10/28/10
LAWRENCE K. KARLTON                          DATE
Senior United States District Judge

Rev. 11/2009
MEMO ~ COURT.MRG