1  Robert D. Wilkinson        #100478
   BAKER MANOCK & JENSEN, PC
2  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
3  Telephone: 559.432.5400
   Facsimile: 559.432.5620
4

5  Attorneys for JAMES RICHARD WAHL, Jr.

6

7

8                       UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| 11 | UNITED STATES, | CASE No. 2:09-CR-00040 LKK |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| 13 | v. | Date: October 16, 2012 |
| 14 | JAMES RICHARD WAHL, Jr., | Time: 9:15 a.m. |
| 15 | Defendant. | Judge: Hon. Lawrence K. Karlton |

16

17         The parties hereto, through authorized counsel, hereby stipulate that the status

18 conference currently set for October 16, 2012, at 9:15 a.m., be continued for further status

19 conference to January 23, 2013, at 9:15 a.m., or until a date and time thereafter convenient for the

20 Court

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1190033v1 / 16834.0001

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: October 11, 2012 | Benjamin B. Wagner<br>United States Attorney |
| 2 | | |
| 3 | | By /s/ Matthew D. Segal<br>Matthew D. Segal |
| 4 | | Assistant U.S. Attorney<br>Attorneys for Plaintiff UNITED STATES OF |
| 5 | | AMERICA |
| 6 | DATED: October 11, 2012 | BAKER MANOCK & JENSEN, PC |

**ORDER**

That the status conference currently set for October 16, 2012, at 9:15 a.m., be continued to January 23, 2013, at 9:15 a.m.

DATED: October 15, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT