Robert D. Wilkinson    #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for JAMES RICHARD WAHL, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES RICHARD WAHL, JR.,<br><br>　　　　Defendant. | CASE No. 2:09-CR-00040-LKK<br><br>ORDER TO SEAL DECLARATION OF ROBERT D. WILKINSON IN SUPPORT OF DEFENDANT JAMES RICHARD WAHL, JR'S SENTENCING MEMORANDUM<br>[Local Rules, Rule 141] |

Having considered the Stipulation and [Proposed] Order To File Declaration of Robert D. Wilkinson in Support of Defendant James Richard Wahl, Jr.'s Sentencing Memorandum Under Seal, Document 46, and the Notice of Request to Seal Documents [Local Rule 141] filed herewith, and upon finding good cause therein, THE COURT HEREBY ORDERS the Declaration of Robert D. Wilkinson in Support of Defendant James Richard Wahl, Jr's Sentencing Memorandum, and attached exhibits, shall be filed under seal. The documents shall only be unsealed upon further order of the Court. The sealed documents, including Counsel's declaration and exhibits, shall be served upon the United States Attorney's Office, to the attention of Assistant United States Attorney Matthew Segal, immediately upon issuance of this order. The documents may be served on the United States Attorney's electronic mail. The

1456940v1 / 16834.0001

ORDER TO SEAL DECL OF R. WILKINSON IN SUPPORT OF DEF. JAMES RICHARD WAHL, JR'S SENTENCING MEMO[Local Rules, Rule 141]

sealed documents may also be viewed by the U.S. Probation Office in regard to the consideration of this case and shall be served by electronic mail upon Scott Storey, Senior U.S. Probation Officer.

DATED: March 25, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT