Robert D. Wilkinson     #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for JAMES RICHARD WAHL, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES RICHARD WAHL, JR.,<br><br>    Defendant. | CASE No. 2:09-CR-00040-LKK<br><br>ORDER ON DEFENDANT'S REQUEST TO CORRECT ERROR IN JUDGMENT (FRCrimP 35(a) and 36) |

Having considered Defendant JAMES RICHARD WAHL, JR.'s Request to Correct Error In Judgment, Document 56, and finding good cause therefore, IT IS HEREBY ORDERED that the Judgment In a Criminal Case, Document 55, be correct as follows:

1. On Page 2 of 6, under Imprisonment, the recommendation for place of incarceration shall be changed from "FCI Ashland, Kentucky" to "FCI Ashland (Satellite Camp), Kentucky"; and

2. On page 2 of 6, under Imprisonment, the place of surrender if the Bureau of Prisons has not designated a facility shall be changed from "to United States Marshal for this district" to "to the United States Marshal in Dayton, Ohio."

DATED: April 16, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1468663v1 / 16834.0001

ORDER ON DEFENDANT'S REQUEST TO CORRECT ERROR IN JUDGMENT (FRCrimP 35(a) and 36)